AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baxter, Susan P. | Western District of Pennsylvania | 11/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge/FT | ☐ Nomination  Date <br> ☐ Initial  ✔ Annual  ☐ Final <br><br> 5b. ✔ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court
17 South Park Row
Room A280
Erie, PA 16501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Evelyn Lincoln Institute for Ethics and Society of Mercyhurst University, Erie, PA |
| 2. | Board Member | Dramashop, Erie, PA |
| 3. | Board of Trustees, Secretary | Villa Maria Elementary School, Erie, PA |
| 4. | Board Member | Erie Arts and Culture |
| 5. | Co-Executor | Estate ▨ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 11/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Academy of Trial Lawyers of Allegheny County | 10/03/2013 - 10/04/2013 | Nemacolin Woodlands, PA | Masters of Trial Advocacy Retreat | Lodging and Food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 11/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Retirement Account (Spouse) | G | Int./Div. | O | T | | | | | |
| 2. Navy Federal Credit Union | A | Interest | J | T | | | | | |
| 3. Pennsylvania Tuition Account 529 Program - Guaranteed Savings Plan | | None | L | T | | | | | |
| 4. ▓▓▓▓▓▓▓▓ Erie County, PA | A | Rent | K | W | | | | | |
| 5. ▓▓▓▓▓▓▓▓ Erie County, PA | A | Rent | K | W | | | | | |
| 6. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 7. UBS PMP Accounts | | | | | | | | | |
| 8. AT&T | A | Dividend | K | T | Open | 12/05/13 | K | | |
| 9. KBR Inc. | A | Dividend | K | T | Open | 12/12/13 | K | | |
| 10. Occidential Petroleum | A | Dividend | L | T | Open | 12/12/13 | L | | |
| 11. Peabody Energy | A | Dividend | L | T | Open | 12/23/13 | L | | |
| 12. Royal Gold | A | Dividend | J | T | Open | 11/26/13 | J | | |
| 13. Silver Wheaton | A | Dividend | J | T | Open | 12/23/13 | J | | |
| 14. Vale | A | Dividend | K | T | Open | 11/19/13 | K | | |
| 15. IShares EWW | A | Dividend | J | T | Open | 11/12/13 | J | | |
| 16. IShares KOL | A | Dividend | J | T | Open | 12/19/13 | J | | |
| 17. IShares OIH | A | Dividend | K | T | Open | 11/19/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 11/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IShares GDXJ | B | Dividend | M | T | Open | 07/31/13 | M | | |
| 19. IShares DIA | A | Dividend | K | T | Open | 12/12/13 | K | | |
| 20. IShares BSJF | A | Interest | J | T | Open | 05/31/13 | J | | |
| 21. IShares BSJE | A | Interest | J | T | Open | 08/23/13 | J | | |
| 22. IShares BSJH | A | Interest | J | T | Open | 08/23/13 | J | | |
| 23. FUND TLI | C | Interest | K | T | Open | 05/21/13 | K | | |
| 24. Powershares BKLN | C | Interest | K | T | Open | 03/12/13 | K | | |
| 25. PUTNAM PIM | C | Interest | K | T | Open | 05/21/13 | K | | |
| 26. SPDR SJNK | B | Interest | K | T | Open | 02/28/13 | K | | |
| 27. VANGUARD BSV | C | Interest | L | T | Open | 08/09/13 | L | | |
| 28. WESTERN ASSET IGI | C | Interest | K | T | Open | 10/10/13 | K | | |
| 29. IShares ELD | B | Interest | K | T | Open | 12/23/13 | K | | |
| 30. Central Fund of Canada | A | None | J | T | Open | 12/19/13 | J | | |
| 31. IShares SLV | A | None | K | T | Open | 11/13/13 | K | | |
| 32. ETF USO | A | None | K | T | Open | 10/21/13 | K | | |
| 33. ETF UNG | A | None | J | T | Open | 10/31/13 | J | | |
| 34. IShares EWZ | A | Int./Div. | J | T | Open | 02/21/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 11/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BLACKROCK BLW | A | Int./Div. | J | T | Open | 10/18/13 | J | | |
| 36. IShares EWY | A | Int./Div. | J | T | Open | 03/13/13 | J | | |
| 37. IShares EWZ | A | Int./Div. | J | T | Open | 02/21/13 | J | | |
| 38. Gold Miners ETF | E | Int./Div. | K | U | Sold | 03/13/13 | K | | |
| 39. Coal ETF | E | Int./Div. | K | U | Sold | 09/04/13 | K | A | |
| 40. Junior Minors ETF | E | Int./Div. | K | U | Sold | 09/18/13 | K | | |
| 41. Oil Services ETF | D | Int./Div. | J | U | Sold | 08/16/13 | J | A | |
| 42. QQQ ETF | D | Int./Div. | J | U | Sold | 08/02/13 | J | A | |
| 43. Utilities ETF | D | Int./Div. | J | U | Sold | 03/13/13 | J | | |
| 44. Blackrock LTD Duration | C | Interest | J | U | Sold | 01/09/13 | J | A | |
| 45. Blackrock Core Bond | D | Interest | J | U | Sold | 05/08/13 | J | | |
| 46. Eaton Vance LTD Duration | A | Interest | J | U | Sold | 02/05/13 | J | A | |
| 47. First Trust Floating Rate | E | Interest | K | U | Sold | 02/05/13 | K | A | |
| 48. Ishares 0-5 TIPS | D | Interest | J | U | Sold | 02/28/13 | J | A | |
| 49. PIMCO 0-5 Corporate Bond ETF | D | Interest | J | U | Sold | 03/12/13 | J | A | |
| 50. PIMCO 1-5 TIPS | E | Interest | K | U | Sold | 02/28/13 | K | A | |
| 51. POWERSHARES ETF Trust | D | Interest | J | U | Sold | 05/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 11/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR Floating Rate ETF | D | Interest | J | U | Sold | 02/28/13 | J | A | |
| 53. Vanguard Short Bond Index | E | Interest | K | U | Sold | 05/21/13 | K | A | |
| 54. WISDOMTREE Debt Fund ETF | D | Interest | J | U | Sold | 03/12/13 | J | | |
| 55. Central Fund of Canada | D | Int./Div. | J | U | Sold | 01/14/13 | J | | |
| 56. IShares SLV Trust | C | Int./Div. | J | U | Sold | 09/19/13 | J | A | |
| 57. POWERSHARES Agriculture ETF | B | Int./Div. | J | U | Sold | 09/27/13 | J | A | |
| 58. U.S Oil ETF | C | Int./Div. | J | U | Sold | 03/13/13 | J | A | |
| 59. Peabody Energy | A | Int./Div. | J | U | Sold | 01/18/13 | J | A | |
| 60. Royal Gold | A | Int./Div. | J | U | Sold | 12/31/13 | J | | |
| 61. Global Miners ETF | B | Int./Div. | J | U | Sold | 10/25/13 | J | A | |
| 62. Market Vectors Miners | B | Int./Div. | J | U | Sold | 03/13/13 | J | A | |
| 63. Coal ETF | A | Int./Div. | J | U | Sold | 10/18/13 | J | A | |
| 64. Junior Miners ETF | D | Int./Div. | J | U | Sold | 10/31/13 | J | | |
| 65. Oil Services ETF | D | Int./Div. | J | U | Sold | 08/16/13 | J | A | |
| 66. Central Fund of Canada | A | Int./Div. | J | U | Sold | 01/28/13 | J | | |
| 67. IShares SLV ETF | B | Int./Div. | J | U | Sold | 09/19/13 | J | A | |
| 68. Blackrock Core Bond | A | Interest | J | U | Sold | 05/21/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 11/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. First Trust Floating Trust | B | Interest | J | U | Sold | 02/05/13 | J | A | |
| 70. IShares 0-5 TIP | D | Interest | J | U | Sold | 02/28/13 | J | A | |
| 71. PIMCO 0-5 Corporate ETF | C | Interest | J | U | Sold | 07/05/13 | J | A | |
| 72. PIMCO 1-5 TIPS | D | Interest | J | U | Sold | 02/28/13 | J | A | |
| 73. POWERSHARES ETF Trust | C | Interest | J | U | Sold | 10/17/13 | J | | |
| 74. SPDR Floating Rate ETF | C | Interest | J | U | Sold | 02/28/13 | J | A | |
| 75. VANGUARD Short Term Bond | C | Interest | J | U | Sold | 10/17/13 | J | A | |
| 76. WISDOMTREE Debt Fund | B | Interest | J | U | Sold | 06/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 11/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 3: No control

| Name of Person Reporting | Date of Report |
|---|---|
| Baxter, Susan P. | 11/13/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan P. Baxter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544